UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TYRONE DUNLAP, JR., | 2:12-cv-01370-JCM-VCF |
| Plaintiffs, | |
| vs. | **ORDER** |
| WARDEN D. NEVEN, et al., | |
| Defendants. | |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1-1) and has filed an application to proceed in *forma pauperis* and a motion for leave to file excess pages (ECF No. 2). The matter of the filing fee shall be temporarily deferred.

The motion to file excess pages shall be denied, because the complaint contains many repeated allegations and significant more detail that is required on an initial pleading. Fed. R. Civ. P. Rule 8(a)(2) requires a party to provide "a short and plain statement of the claims showing that the pleader is entitled to relief." Plaintiff's complaint may well set forth viable claims, however, neither the court or the defendants are required to sift through the repetitive and minute detail plaintiff has presented in his original complaint to discern what those may be.

Plaintiff shall be permitted an opportunity to amend his complaint to meet the page limitations imposed per the court approve §1983 form and instructions. He is advised to not repeat the allegations multiple times within the complaint. He should only present claims and facts which relate directly to his own situation, without reference to events involving other inmates as he has no standing to present the claims of others. *See Valley Forge Christian College v. Americans United for Separation*

1 *of Church and State, Inc.*, 454 U.S. 464, 472, 102 S.Ct. 752, 758(1982). (A plaintiff must allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief.)

Plaintiff need not repeat conversations or provide commentary or cite case law of prison regulations. Plaintiff need only identify the federal laws or constitutional amendments he believes defendants have violated, provide a short summary of the events surrounding the alleged violation, identify roughly when the events occurred and name or otherwise identify the persons responsible for the wrongs.

**IT IS THEREFORE ORDERED** that the matter of the filing fee is temporarily deferred.

**IT IS FURTHER ORDERED** that the motion to file excess pages (ECF No. 2) is **DENIED.** The Clerk shall detach and file the proposed complaint, which is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the clerk shall send to plaintiff a copy of the court approved form and instructions for preparing and filing a § 1983 civil rights action and a copy of his original proposed complaint. Plaintiff shall have thirty days to file an amended complaint which conforms to the page limitations and instructions for filing such an action. The amended complaint should be identified as "First Amended Complaint" and shall reference the case number assigned to this action. Failure to timely file the amended complaint may result in dismissal of the action.

DATED: October 19, 2012.

_____
UNITED STATES MAGISTRATE JUDGE