**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GEORGE TYRONE DUNLAP, JR., | ) | 2:12-cv-01370-JCM-VCF |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| WARDEN D. NEVEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has filed a motion to strike his "second amended civil rights complaint, noting that it was submitted in the belief that the court had not received the amended complaint that was recently screened (ECF No. 14). Good cause appearing, the motion is **granted.** The clerk shall strike the second amended complaint (ECF No. 12) from the docket as improvidently filed. The parties are reminded that this matter is presently STAYED and no further motions will entertained until the stay has been lifted.

   **IT IS SO ORDERED.**

   DATED:  May 3, 2013.

_____
UNITED STATES MAGISTRATE JUDGE