# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GEORGE TYRONE DUNLAP,

        Plaintiff,

vs.

DWIGHT NEVEN, *et al.*,

        Defendant.

2:12–cv–1370–JCM–VCF

**ORDER**

      Before the court is Plaintiff George Dunlap's motion to strike (#83). Dunlap moves to strike "[his] improper motion requesting judgment on the pleadings" because "[he] misunderstood and misread the court's order." (*Id.* at 1). Dunlap's motion is granted. *See Metzger v. Hussman*, 682 F. Supp. 1109, 1110 (D. Nev. 1988) (Reed, J) (stating that the court has inherent authority to strike a party's papers and motions).

      ACCORDINGLY, and for good cause shown,

      IT IS ORDERED that Plaintiff George Tyrone Dunlap's motion to strike (#83) is GRANTED.

      IT IS FURTHER ORDERED that George Tyrone Dunlap's motion for judgment on the pleadings (#80) is STRICKEN.

      IT IS SO ORDERED.

      DATED this 21st day of March, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1