# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

GEORGE TYRONE DUNLAP, JR.,

             Plaintiff,

vs.

WARDEN DWIGHT NEVIN, *et al.*,

             Defendants.

2:12–cv–1370–JCM–VCF

**ORDER**

This matter involves *pro se* Plaintiff George Dunlap's section 1983 action against, *inter alia*, Dwight Neven, High Desert State Prison Warden. Before the court is Neven's motion to strike (#94[1]). Dunlap did not file an opposition. Neven's motion is granted for two reasons.

First, Local Rule 7-2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." On May 2, 2014, Neven filed a motion to strike. To date, Dunlap has not opposed the motion. Under Local Rule 7-2(d) this constitutes consent to the granting of Neven's motion.

Second, Neven's motion to strike is meritorious. Neven moves to strike Dunlap's sur-reply because the Local Rules do not allow sur-replies. *See, e.g.*, *Smith v. United States*, No. 2:13–CV–039–JAD–GWF, 2014 WL 1301357, at *5 (D. Nev. March 28, 2014) ("Nothing in the [local] rule[s] authorizes any documents beyond the motion, response, and reply 'unless otherwise ordered by the Court.'") (citation omitted). Here, Dunlap filed what is essentially a sur-reply. (*See* Doc. #92). The court's authority to manage its docket and regulate the parties' conduct includes "an inherent authority

---

[1] Parenthetical citations refer to the court's docket.

1

to strike" Dunlap's errant filing. *Metzger v. Hussman*, 682 F. Supp. 1109, 1111 (D. Nev. 1988);

*see also Chambers v. NASCO, Inc*., 501 U.S. 32, 43 (1991) (recognizing that federal courts have "certain

implied powers" that are "governed not by rule or statute but by the control necessarily invested in

courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases");

*accord Ready Transp., Inc. v. AAR Mfg., Inc*., 627 F.3d 402, 404 (9th Cir. 2010).

ACCORDINGLY, and for good cause show,

IT IS ORDERED that Neven's motion to strike (#94) is GRANTED.

IT IS FURTHER ORDERED that Neven's response (#92) is STRICKEN.

IT IS SO ORDERED.

DATED this 15th day of May, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE