**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

GEORGE TYRONE DUNLAP,

        Plaintiff,

vs.

WARDEN D. NEVEN, *et al.*,

        Defendants.

Case No. 2:12–cv–1370–JCM–VCF

**ORDER**

    Before the court is George Tyrone Dunlap's motion for a status check (#100). Defendants filed an opposition (#102). Dunlap requests a status check because Defendants allegedly retaliated against him for commencing this action by denying Dunlap access to legal supplies. (*See* Doc. #1 at 1:21–22). For the reasons stated below, Dunlap's motion for a status check is denied.

    In *Bounds v. Smith*, 430 U.S. 817, 828 (1977), the United States Supreme Court held that the First and Fourteenth Amendments guarantee prisoners to "meaningful access" to legal supplies and a law library. However, "meaningful access" does not mean unfettered access: prisoners must comply with the regulations. *Lindquist v. Idaho State Bd. of Corr.*, 776 F.2d 851, 858 (9th Cir. 1985) (holding that prison officials may regulate the time, manner, and place in which library facilities are used). Restrictive regulations governing the use of a prison law library do not necessarily deny a prisoner of meaningful access to the courts. *See Hossman v. Spradline*, 812 F.2d 1019, 1021 (7th Cir. 1987).

    Dunlap's motion for a status check is denied because he failed to comply with the prison's regulations governing access to legal supplies. Pursuant to Nevada Revised Statute § 209.351 and Administrative Regulation 722, a prisoner must submit a signed, inmate transaction form (i.e., a brass slip) as well as proof of indigence. (*See* Doc. (#102-1) at 8). Without these items, a prisoner's request for

legal supplies will be denied. Because Dunlap failed to provide brass slips or proof of indigence, his request for legal supplies was properly denied. (*See generally* Doc. (#102-2 at Ex. B).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Dunlap's Motion for a Status Check (#100) is DENIED.

IT IS SO ORDERED.

DATED this 11th day of August, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2