# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GEORGE TYRONE DUNLAP, JR.,

        Plaintiff,

vs.

WARDEN D. NEVEN, *et al.,*

        Defendants.

2:12-cv-01370-JCM-VCF

**ORDER**

    Before the court are Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Partial Request for Discovery (#112) and Plaintiff's Motion for Enlargement of Time (#113) to file a reply in support of his motion of intent to depose expert witness (#109).

    Good Cause Appearing,

    IT IS HEREBY ORDERED that Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Partial Request for Discovery (#112) is GRANTED.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Enlargement of Time (#113) to file a reply in support of his motion of intent to depose expert witness (#109) is GRANTED.

    DATED this 29th day of January, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE